```
                         United States Bankruptcy Court
                         Western District of Washington
```

In re:                                                              Case No. 14-16771-KAO
Justin Scott Guthrie                                                Chapter 13
        Debtor
                            **CERTIFICATE OF NOTICE**

District/off: 0981-2    User: janiceg              Page 1 of 1              Date Rcvd: Sep 12, 2014
                        Form ID: ntcdef            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2014.
db          Justin Scott Guthrie,    20601 7th Ave SE,    Snohomish, WA  98296

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2014                             Signature:  /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2014 at the address(es) listed below:
              K Michael Fitzgerald    courtmail@seattlech13.com
              Martin E Snodgrass     on behalf of Debtor Justin Scott Guthrie mes@snodgrasslaw.com,
               las@snodgrasslaw.com
              United States Trustee    USTPRegion18.SE.ECF@usdoj.gov
                                                                                             TOTAL: 3

Form ntcdef (06/2014)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

---

In Re:     Justin Scott Guthrie

        Debtor(s).

Case No.: 14−16771−KAO
Chapter: 13

---

## NOTICE OF DEFICIENT FILING

**NOTICE IS HEREBY GIVEN TO THE DEBTOR** that the above referenced case, filed on **September 11, 2014**, contains one or more filing deficiencies which must be corrected. **Failure to file the missing document(s) with the court on or before the deadline(s) stated below may result in the dismissal of this case without further notice.**

**DEADLINE TO CORRECT THE FOLLOWING DEFICIENCIES:**

None


**DEADLINE TO CORRECT THE FOLLOWING DEFICIENCIES:**     **September 25, 2014**

Summary of Schedules and Statistical Summary of Certain Liabilities (Form 6)
Schedules A thru J
Statement of Financial Affairs (Form 7)
Chapter 13 Statement of Current Monthly Income and Disposable Income Calculation (Form 22C)
Chapter 13 Plan


**CREDIT COUNSELING REQUIREMENT:**

This requirement has been satisfied


DATED: **September 12, 2014**

                                                Mark L. Hatcher
                                                Clerk of the Bankruptcy Court


*Personal checks tendered for payment of filing fees will not be accepted from Debtor(s). The court also does not accept credit or debit cards
from Debtor(s). Please submit your payment in the form of a cashier's check or money order made payable to the U.S. Bankruptcy Court.*

Additional information, rules and forms may be obtained from the court's website at www.wawb.uscourts.gov.