# Debtor Change of Address - Case # 1416771

**Debtor 1**                                              **Debtor 2**

| | | | |
|---|---|---|---|
| First | Justin Scott | First | |
| Last | Guthrie | Last | |
| Addr1 | 20601 76th Ave SE | Addr1 | |
| Addr2 | | Addr2 | |
| Addr3 | | Addr3 | |
| City | Snohomish | City | |
| State | WA | State | |
| Zip | 982965169 | Zip | 000000000 |

The Chapter 13 Trustee reports the above address change.

CM113