MARTIN E. SNODGRASS
3302 OAKES AVENUE
EVERETT WA 98210
Tel.: Everett,(425)783-0797
Bellevue, (206) 624-8330
Fax: (425)783-0238
email: msnodgrass@snodgrasslaw.com

The Hon: KAREN A. OVERSTREET
Hng Date and time: EX PARTE
Response Date:

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:  ) Bk No.: 14-16771 KAO
JUSTIN S. GUTHRIE  ) Chapter: 13
 )
Debtor/s  ) MOTION TO EXTEND TIME TO FILE
_____  ) PLAN

COME NOW the Debtor/s through Attorney Martin E. Snodgrass, and requests this Court extend the time within which to file the Chapter 13 Plan.

This matter came to counsel on very short notice. All schedules have been filed. The debtor's financial situation is complicated by his relatively high income and a pending lawsuit. Counsel needs a bit more time to evaluate the debtor's finances and resources to fully develop a plan and to ascertain the feasabilty of a Plan. The plan filing deadline is now September 25, 2014

Counsel requests the Court extend the deadline to file the Plan for two weeks until October 9, 2014.

Respectfully submitted:
SNODGRASS & WARREN, INC., P.S.
By: /s/Martin E. Snodgrass
    MARTIN E. SNODGRASS, WSBA NO. 6961
    ATTORNEYS FOR DEBTOR

| MOTION TO EXTEND TIME TO FILE PLAN | Snodgrass & Warren, Inc. PS
3302 Oakes Ave., Everett, WA 98201
p: 206-624 8330; f: 425-454-5248 (Seattle)
p: 425-783-0797; f: 425-783-0238 (Everett) |