UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re: ) Bk No.: 14-16771
JUSTIN S. GUTHRIE ) Chapter: 13
 )
Debtor/s ) ORDER EXTENDING TIME TO FILE
_____ ) PLAN

Upon the application of counsel for the Debtor, the Court finding good cause for entry of this Order,

IT IS ORDERED that the Court hereby extends the deadline to file the Plan until October 9, 2014.

////END OF ORDER////

Respectfully submitted:
SNODGRASS & WARREN, INC., P.S.
By: /s/Martin E. Snodgrass
   MARTIN E. SNODGRASS, WSBA NO. 6961
   ATTORNEYS FOR DEBTOR

| ORDER EXTENDING TIME TO FILE PLAN | **Snodgrass & Warren, Inc. PS**<br>**3302 Oakes Ave., Everett, WA 98201**<br>**p: 206-624 8330; f: 425-454-5248 (Seattle)**<br>**p: 425-783-0797; f: 425-783-0238 (Everett)** |
|---|---|