**Below is the Order of the Court.**

_Karen A. Overstreet signature_

Karen A. Overstreet
U.S. Bankruptcy Judge
**(Dated as of Entered on Docket date above)**

---

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: <br> JUSTIN S. GUTHRIE <br><br> Debtor/s | Bk No.: 14-16771 <br> Chapter: 13 <br><br> ORDER EXTENDING TIME TO FILE PLAN |

Upon the application of counsel for the Debtor, the Court finding good cause for entry of this Order,

IT IS ORDERED that the Court hereby extends the deadline to file the Plan until October 9, 2014.

////END OF ORDER////

Respectfully submitted:
SNODGRASS & WARREN, INC., P.S.
By: /s/Martin E. Snodgrass
　　MARTIN E. SNODGRASS, WSBA NO. 6961
　　ATTORNEYS FOR DEBTOR

| ORDER EXTENDING TIME TO FILE PLAN | Snodgrass & Warren, Inc. PS <br> **3302 Oakes Ave., Everett, WA 98201** <br> **p: 206-624 8330; f: 425-454-5248 (Seattle)** <br> **p: 425-783-0797; f: 425-783-0238 (Everett)** |
|---|---|