**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| **In re:** | **Case No.: 14-16771-KAO** |
| **JUSTIN SCOTT GUTHRIE,** | **Chapter 13** |
| Debtor. | ***CREDITOR'S WITHDRAWAL OF PROOF OF CLAIMS #5-1*** |

Creditor BOEING EMPLOYEES' CREDIT UNION ("BECU"), hereby withdraws its Proof of Claim #5-1 filed on October 7, 2014, because it was filed in error and is a duplicate of Claim #4-1.

DATED this __*8th*__ day of October, 2014.

BOEING EMPLOYEES' CREDIT UNION

By: ___*/s/ Ryan Ko*___
  Ryan Ko, WSBA #40830
  Attorney for BECU

CREDITOR'S WITHDRAWAL OF PROOF
OF CLAIMS #5-1

BECU Legal/Recovery Department
PO Box 97050, MS 1049-1
Seattle, WA 98124-9750
Telephone: 206-805-5630  Fax: 206-835-8044

Case 14-16771-KAO    Doc 15    Filed 10/08/14    Ent. 10/08/14 09:25:45    Pg. 1 of 1