Judge: Karen A. Overstreet
Chapter: 13
Hearing Date: December 10, 2014
Hearing Time: 9:00 am
Hearing Location: Marysville Municipal Court
1015 State Ave. Courtroom 1
Marysville,WA 98270
Response Date: December 03, 2014

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

JUSTIN SCOTT GUTHRIE,

           Debtor.

IN CHAPTER 13 PROCEEDING
NO. 14-16771

NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that the Chapter 13 Trustee's **Motion to Dismiss Case** IS SET FOR HEARING as follows:

    Judge: Karen A. Overstreet

    Place: Marysville Municipal Court
            1015 State Ave. Courtroom 1
            Marysville,WA 98270

    Date: December 10, 2014
    Time: 9:00 am

IF YOU OPPOSE the motion, you must file your **written response** with the Court Clerk and serve two (2) copies on the Chapter 13 Trustee NOT LATER THEN THE RESPONSE DATE, which is December 03, 2014.

IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, and strike the hearing.

    Date: November 14, 2014

                                              */s/K. Michael Fitzgerald*
                                              K. Michael Fitzgerald, WSBA# 8115
                                              Chapter 13 Trustee

NOTICE OF HEARING

Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle,WA 98101
(206) 624-5124 Fax: (206) 624-5282
www.seattlech13.com

CM160
jwa

Case 14-16771-KAO    Doc 18    Filed 11/14/14    Ent. 11/14/14 11:13:45    Pg. 1 of 3

Judge: Karen A. Overstreet
Chapter: 13
Hearing Date: December 10, 2014
Hearing Time: 9:00 am
Hearing Location: Marysville Municipal Court
    1015 State Ave. Courtroom 1
    Marysville,WA 98270
Response Date: December 03, 2014

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

JUSTIN SCOTT GUTHRIE,

    Debtor.

IN CHAPTER 13 PROCEEDING
NO. 14-16771

TRUSTEE'S MOTION TO DISMISS CASE

The Trustee moves to dismiss this case as follows:

The debtor filed a plan on October 09, 2014 (ECF No. 16).

(1) The debtor did not serve his plan, as required. Local Bankr. R. 3015-1(c)(3). However, the debtor will need to amend the plan anyway. (2) The debtor's plan provides for $873.00 monthly toward a 2006 32' SeaRay Sundancer boat. The debtor scheduled a $88,000.00 secured claim on the boat. The debtor will not pay the boat in full over sixty months, so he should add a provision in Section XII. that states that. (3) The debtor needs to amend his petition and Schedule A to disclose the correct address of his real property: 20601 76th [rather than 7th] Avenue Southeast, Snohomish, Washington. (4) The Trustee reserves the right to assert additional bases for this pleading.

THE TRUSTEE REQUESTS:

An order dismissing this case.

    Dated: November 14, 2014

                                /s/ K. Michael Fitzgerald
                                K. Michael Fitzgerald, WSBA #8115
                                Chapter 13 Trustee

TRUSTEE'S MOTION TO DISMISS CASE - 1

Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle,WA 98101
(206) 624-5124 Fax: (206) 624-5282
www.seattlech13.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

JUSTIN SCOTT GUTHRIE,

Debtor.

IN CHAPTER 13 PROCEEDING
NO. 14-16771

*Proposed*
ORDER DISMISSING CASE

THIS MATTER having come before the Court upon the Chapter 13 Trustee's motion to dismiss case, proper notice having been given, and the Court having examined the files and records, having heard any argument of counsel, and being fully advised, it is

ORDERED that this case is dismissed.

/ / /End of Order/ / /

Presented by:

*/s/K. Michael Fitzgerald*
K. Michael Fitzgerald, WSBA# 8115
Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle,WA 98101
(206) 624-5124 Fax: (206) 624-5282
www.seattlech13.com

ORDER DISMISSING CASE

Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle,WA 98101
(206) 624-5124 Fax: (206) 624-5282
www.seattlech13.com

CM160
jwa