Judge: Karen A. Overstreet
Chapter: 13
Hearing Date: December 10, 2014
Hearing Time: 9:00 am
Hearing Location: Marysville Municipal Court
1015 State Ave. Courtroom 1
Marysville,WA 98270

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

JUSTIN SCOTT GUTHRIE,

                Debtor.

IN CHAPTER 13 PROCEEDING
NO. 14-16771

TRUSTEE'S OBJECTION TO CONFIRMATION

The Trustee objects to confirmation of the debtor's plan, filed October 09, 2014 (ECF No. 16) as follows:

(1) The debtor did not serve his plan, as required. Local Bankr. R. 3015-1(c)(3). However, the debtor will need to amend the plan anyway. (2) The debtor's plan provides for $873.00 monthly toward a 2006 32' SeaRay Sundancer boat. The debtor scheduled a $88,000.00 secured claim on the boat. The debtor will not pay the boat in full over sixty months, so he should add a provision in Section XII. that states that. (3) The debtor needs to amend his petition and Schedule A to disclose the correct address of his real property: 20601 76th [rather than 7th] Avenue Southeast, Snohomish, Washington. (4) The Trustee reserves the right to assert additional bases for this pleading.

THE TRUSTEE REQUESTS:

That the Court enter an order denying confirmation of the debtor's plan, and setting deadlines for filing and noting a feasible amended plan.

Dated: November 14, 2014

/s/ K. Michael Fitzgerald
K. Michael Fitzgerald, WSBA #8115
Chapter 13 Trustee

TRUSTEE'S OBJECTION TO CONFIRMATION - 0

CM161
jwa

Case 14-16771-KAO   Doc 19   Filed 11/14/14   Ent. 11/14/14 11:13:53   Pg. 1 of 1