# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: Justin Scott Guthrie  CASE NUMBER: 1416771
DEBTOR 2 NAME:

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on __11/17/2014__ :

By First Class Mail :

Justin Scott Guthrie,20601 76th Ave SE,Snohomish WA 98296-5169
Newman DuWors Attys,1201 Third Ave #1600,Seattle WA 98101
RCO Legal,13555 SE 36th St #300,Bellevue WA 98006

Via ECF on the date the pleading was filed:
Debtor's Attorney

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date : __11/17/2014__    Signature : __Robert J. Wallace, Jr.__

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

Judge: Karen A. Overstreet
Chapter: 13
Hearing Date: December 10, 2014
Hearing Time: 9:00 am
Hearing Location: Marysville Municipal Court
                                1015 State Ave. Courtroom 1
                                Marysville,WA 98270
Response Date: December 03, 2014

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

JUSTIN SCOTT GUTHRIE,

        Debtor.

IN CHAPTER 13 PROCEEDING
NO. 14-16771

NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that the Chapter 13 Trustee's **Motion to Dismiss Case** IS SET FOR HEARING as follows:

    Judge: Karen A. Overstreet

    Place: Marysville Municipal Court
              1015 State Ave. Courtroom 1
              Marysville,WA 98270

    Date: December 10, 2014
    Time: 9:00 am

IF YOU OPPOSE the motion, you must file your **written response** with the Court Clerk and serve two (2) copies on the Chapter 13 Trustee NOT LATER THEN THE RESPONSE DATE, which is December 03, 2014.

IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, and strike the hearing.

Date: November 14, 2014

                                                       */s/K. Michael Fitzgerald*
                                                         K. Michael Fitzgerald, WSBA# 8115
                                                         Chapter 13 Trustee

NOTICE OF HEARING

CM160
jwa

Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle,WA 98101
(206) 624-5124 Fax: (206) 624-5282
www.seattlech13.com

Judge: Karen A. Overstreet
Chapter: 13
Hearing Date: December 10, 2014
Hearing Time: 9:00 am
Hearing Location: Marysville Municipal Court
       1015 State Ave. Courtroom 1
       Marysville, WA 98270
Response Date: December 03, 2014

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

JUSTIN SCOTT GUTHRIE,

   Debtor.

IN CHAPTER 13 PROCEEDING
NO. 14-16771

TRUSTEE'S MOTION TO DISMISS CASE

The Trustee moves to dismiss this case as follows:

The debtor filed a plan on October 09, 2014 (ECF No. 16).

(1) The debtor did not serve his plan, as required. Local Bankr. R. 3015-1(c)(3). However, the debtor will need to amend the plan anyway. (2) The debtor's plan provides for $873.00 monthly toward a 2006 32' SeaRay Sundancer boat. The debtor scheduled a $88,000.00 secured claim on the boat. The debtor will not pay the boat in full over sixty months, so he should add a provision in Section XII. that states that. (3) The debtor needs to amend his petition and Schedule A to disclose the correct address of his real property: 20601 76th [rather than 7th] Avenue Southeast, Snohomish, Washington. (4) The Trustee reserves the right to assert additional bases for this pleading.

THE TRUSTEE REQUESTS:

An order dismissing this case.

    Dated: November 14, 2014

            /s/ K. Michael Fitzgerald
            K. Michael Fitzgerald, WSBA #8115
            Chapter 13 Trustee

TRUSTEE'S MOTION TO DISMISS CASE - 1

CM160
jwa

Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle, WA 98101
(206) 624-5124 Fax: (206) 624-5282
www.seattlech13.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

JUSTIN SCOTT GUTHRIE,

                Debtor.

IN CHAPTER 13 PROCEEDING
NO. 14-16771

*Proposed*
ORDER DISMISSING CASE

THIS MATTER having come before the Court upon the Chapter 13 Trustee's motion to dismiss case, proper notice having been given, and the Court having examined the files and records, having heard any argument of counsel, and being fully advised, it is

ORDERED that this case is dismissed.

/ / /End of Order/ / /

Presented by:

*/s/K. Michael Fitzgerald*
K. Michael Fitzgerald, WSBA# 8115
Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle,WA 98101
(206) 624-5124 Fax: (206) 624-5282
www.seattlech13.com

ORDER DISMISSING CASE

Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle,WA 98101
(206) 624-5124 Fax: (206) 624-5282
www.seattlech13.com