# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: Justin Scott Guthrie                                    CASE NUMBER:  1416771
DEBTOR 2 NAME:

I      Robert J Wallace, Jr.      certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on    11/17/2014    :

By First Class Mail :

Justin Scott Guthrie,20601 76th Ave SE,Snohomish WA 98296-5169
Newman DuWors Attys,1201 Third Ave #1600,Seattle WA 98101
RCO Legal,13555 SE 36th St #300,Bellevue WA 98006

Via ECF on the date the pleading was filed:
Debtor's Attorney

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date :    11/17/2014         Signature : ___Robert J. Wallace, Jr.___

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

Judge: Karen A. Overstreet
Chapter: 13
Hearing Date: December 10, 2014
Hearing Time: 9:00 am
Hearing Location: Marysville Municipal Court
　　　　　　　　　1015 State Ave. Courtroom 1
　　　　　　　　　Marysville, WA 98270

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

JUSTIN SCOTT GUTHRIE,

　　　　　　Debtor.

IN CHAPTER 13 PROCEEDING
NO. 14-16771

TRUSTEE'S OBJECTION TO CONFIRMATION

The Trustee objects to confirmation of the debtor's plan, filed October 09, 2014 (ECF No. 16) as follows:

(1) The debtor did not serve his plan, as required. Local Bankr. R. 3015-1(c)(3). However, the debtor will need to amend the plan anyway. (2) The debtor's plan provides for $873.00 monthly toward a 2006 32' SeaRay Sundancer boat. The debtor scheduled a $88,000.00 secured claim on the boat. The debtor will not pay the boat in full over sixty months, so he should add a provision in Section XII. that states that. (3) The debtor needs to amend his petition and Schedule A to disclose the correct address of his real property: 20601 76th [rather than 7th] Avenue Southeast, Snohomish, Washington. (4) The Trustee reserves the right to assert additional bases for this pleading.

THE TRUSTEE REQUESTS:

That the Court enter an order denying confirmation of the debtor's plan, and setting deadlines for filing and noting a feasible amended plan.

　　　　　Dated: November 14, 2014

　　　　　　　　　　　　　　　　　　/s/ K. Michael Fitzgerald
　　　　　　　　　　　　　　　　　　K. Michael Fitzgerald, WSBA #8115
　　　　　　　　　　　　　　　　　　Chapter 13 Trustee

TRUSTEE'S OBJECTION TO CONFIRMATION - 0

CM161
jwa

Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle, WA 98101
(206) 624-5124　Fax: (206) 624-5282
www.seattlech13.com