# UNITED STATES BANKRUPTCY COURT

Western District of Washington

In re Justin Scott Guthrie,
Debtor

Case No. 14-16771-KAO

Chapter 13

## Notice of Mortgage Payment Change

**If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Security National Mortgage Company

**Court claim no.** (if known): ____________

**Last four digits** of any number you use to identify the debtor's account: 2019

**Date of payment change:** 01/01/15
Must be at least 21 days after date of this notice

**New total payment:** $ 2,490.61
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☐ No
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: ____________

**Current escrow payment:** $ 697.16 **New escrow payment:** $ 685.71

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☒ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: ____________

**Current interest rate:** ________% **New interest rate:** ________%

**Current principal and interest payment:** $ ________ **New principal and interest payment:** $ ________

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: ____________

**Current mortgage payment:** $ ________ **New mortgage payment:** $ ________

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor. ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗ [signature] Date 11/21/14

Signature

Print: Jennifer L. Aspaas

First Name Middle Name Last Name

Title Attorney for Creditor

Company RCO Legal, P.S.

Address 13555 SE 36th St., Ste. 300

Number Street

Bellevue WA 98006

City State ZIP Code

Contact phone (425) 458-2121

Email POC@rcolegal.com

The Honorable Judge Karen A. Overstreet

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| IN RE: JUSTIN SCOTT GUTHRIE, Debtor. | CHAPTER 13 BANKRUPTCY<br>CASE NO.: 14-16771-KAO<br>CERTIFICATE OF MAILING |
|---|---|

CERTIFICATE OF MAILING

I hereby certify under penalty of perjury of the laws of the State of Washington that I mailed a true and correct copy of the Notice of Mortgage Payment Change, postage pre-paid, regular first class mail or Electronic Message via Electronic Case Filing on the 21 day of November, 2014, to the parties listed on the attached exhibit.

DATED this 21 day of November, 2014.

~~Assistant to Attorney~~



RCO LEGAL, P.S.
13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax: 425.458.2131

Justin Scott Guthrie
20601 76th Ave SE
Snohomish, WA 98296

Susan M Guthrie
20601 76th Avenue Southeast
Snohomish, WA 98296

**Via ECF Only:**

Martin E Snodgrass
3302 Oakes Ave
Everett, WA 98201
mes@snodgrasslaw.com

K. Michael Fitzgerald
600 University Street #2200
Seattle, WA 98101
courtmail@seattlech13.com



RCO LEGAL, P.S.
13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax: 425.458.2131

SecurityNational Mortgage Company
PO Box 77404
Ewing, NJ 08628





JUSTIN SCOTT GUTHRIE
20601 76TH AVE SE
SNOHOMISH WA 98296-5169

11/05/14
LOAN NO:
www.securitynational.loanadministration.com
Customer Service 855-753-6200



Please see the enclosed insert "Understanding Your Escrow Account Disclosure Statement". This handy guide is intended to help you understand your statement and answer some commonly asked questions about your escrow analysis.

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

As you know, we are required to maintain an escrow account which is used to pay your real estate taxes and/or insurance premiums This account must be analyzed annually to determine whether enough funds are being collected monthly, and whether the account has a shortage or surplus based on the anticipated activity

### PRESENT LOAN PAYMENT

| | | |
|---|---|---|
| Your present payment consists of | Principal & Interest (P & I) | $1,804.90 |
| | Escrow Deposit | $697 16 |
| **Total Loan Payment** | | **$2,502.06** |

### ANTICIPATED ANNUAL DISBURSEMENTS

These are the escrow items we anticipate we will collect for or pay on your behalf in the upcoming 12 month period. The dollar amount shown may be the last amount actually paid for that item, or may project the next amount due as defined by Federal law. Based on these anticipated disbursements, the amount of your escrow deposit is calculated and displayed here.

| | | |
|---|---|---|
| Bills due in the upcoming year: | Hazard Ins | $965.84 |
| | County Tax | $7,262.62 |

**Total Anticipated Annual Disbursements:** **$8,228.46** **One-Twelfth/Monthly Amount: $685.71**

### ACCOUNT HISTORY

The following statement of activity in your escrow account from 12/14 through 12/14 displays actual activity as it occurred in your escrow account during that period. If you received Account Projections with a prior analysis, they are included again here for comparison

| Month | Payments Projected | Payments Actual | Disbursements Projected | Disbursements Actual | Description | Projected Escrow Account Balance | Actual Escrow Account Balance |
|---|---|---|---|---|---|---|---|
| | | | | | **Beginning Balance** | **$2,574.38** | **$2,643.13** |
| December | 697.16 | 697.16 E | | E | | 3,271.54 | 3,340.29 |
| January | 697 16 | * | 965 84 | * | HAZARD INS | 3,002 86 | |
| February | 697.16 | * | | | | 3,700 02 | |
| March | 697.16 | * | | | | 4,397.18 | |
| April | 697 16 | * | 3,700 02 | * | R.E. TAX | 1,394 32 | |
| May | 697 16 | * | | | | 2,091 48 | |
| June | 697.16 | * | | | | 2,788 64 | |
| July | 697.16 | * | | | | 3,485.80 | |
| August | 697.16 | * | | | | 4,182.96 | |
| September | 697.16 | * | | | | 4,880.12 | |
| October | 697.16 | * | 3,700.02 | * | R.E. TAX | 1,877.26 | |
| November | 697.16 | * | | | | 2,574.42 | |

*** CONTINUED ON REVERSE SIDE ***

SX0371-00A



An asterisk (*) beside an amount indicates a difference from projected activity either in the amount or the date. The letter E beside an amount indicates that the payment or disbursement has not yet occurred, but is estimated to occur as shown.

Last year we anticipated that Disbursements would be made from your Escrow Account during the period equaling $8,365.88. Under Federal Law, your lowest monthly balance should not have exceeded $1,394.32, or 1/6th of total anticipated payments from the account, unless your loan contract or State law specifies a lower amount.

Under your loan contract and State law your lowest monthly balance should not have exceeded $1,394.32.

Your actual lowest monthly balance was greater than $1,394.32. The items with an asterisk on your Account History may explain this. For a further explanation, call our Customer Service number shown at the end of this statement.

## ACCOUNT PROJECTIONS

The following estimate of activity in your escrow account from 01/15 through 12/15 is provided for your information. All payments we anticipate receiving as well as disbursements we anticipate making on your behalf are included, along with the Projected Escrow Account Balance, derived by carrying forward your current actual escrow balance. The Required Escrow Account Balance displays the amount actually required to be on hand as specified by Federal law, State law and your loan documents, and may include a cushion of up to 1/6th of your Annual Disbursements. Please retain this statement for comparison with the actual activity in your account at the end of the next escrow account computation year.

| | Anticipated Amount | | | Projected Escrow | Required Escrow |
|---|---|---|---|---|---|
| **Month** | **To Escrow** | **From Escrow** | **Description** | **Account Balance** | **Account Balance** |
| | | | **Beginning Balance** | **$3,340.29** | **$3,225.73** |
| January | 685.71 | 965.84 | HAZARD INS | 3,060.16 | 2,945.60 |
| February | 685.71 | | | 3,745.87 | 3,631.31 |
| March | 685.71 | | | 4,431.58 | 4,317.02 |
| April | 685.71 | 3,631.31 | R.E. TAX | 1,485.98 | 1,371.42 |
| May | 685.71 | | | 2,171.69 | 2,057.13 |
| June | 685.71 | | | 2,857.40 | 2,742.84 |
| July | 685.71 | | | 3,543.11 | 3,428.55 |
| August | 685.71 | | | 4,228.82 | 4,114.26 |
| September | 685.71 | | | 4,914.53 | 4,799.97 |
| October | 685.71 | 3,631.31 | R.E. TAX | 1,968.93 | 1,854.37 |
| November | 685.71 | | | 2,654.64 | 2,540.08 |
| December | 685.71 | | | 3,340.35 | 3,225.79 |

**Your Projected Escrow Account Balance as of 11/05/14 is $3,340.29. Your Required Beginning Escrow Balance according to this analysis should be $3,225.73.**
This means you have a Surplus of 114.56. This surplus must be returned to you unless it is less than $15.00, in which case we have the additional option of keeping it and lowering your monthly payments accordingly. The attached check represents payment in full of your surplus.

## NEW LOAN PAYMENT

| | | |
|---|---|---|
| Your new payment consists of: | Principal & Interest (P & I) | $1,804.90 |
| | Escrow Deposit | $685.71 |
| **New Loan Payment** | **Beginning on January 1, 2015** | **$2,490.61** |

**Important Notes:**

**Automatic Draft Customers:** If you're enrolled in Automatic Drafting, any additional principal deductions you have previously authorized are not included in the above listed new payment amount. However, until we are otherwise advised, the authorized additional principal amount will continue to be withdrawn from your account.

**Adjustable Rate Mortgage Customers:** If your loan has an adjustable interest rate your monthly principal and interest payment may change prior to your next Escrow Analysis. Should you have any questions about this Escrow Analysis, please call our Customer Service Department at 855-753-6200