# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In re<br><br>JUSTIN SCOTT GUTHRIE,<br><br>Debtor. | BANKRUPTCY NO. 14-16771-KAO<br><br>**(PROPOSED) ORDER DENYING CONFIRMATION** |

The Court, having considered the Debtor's Chapter 13 plan, the objections thereto, and the files and pleadings in this matter,

IT IS ORDERED THAT:

The Chapter 13 plan is dismissed. A feasible amended plan be filed no later than 14 days from the date of entry of this order and the debtor must note said amended plan for hearing, with the requisite notice as required by Fed. R. Bankr. P. 2002(b) on the next available chapter 13 motion calendar.

**NOTICE: The failure to file a feasible, amended, chapter 13 plan and notice it for hearing in accordance with the terms of this Order may result in the trustee or objecting party submitting an order dismissing this chapter 13 proceeding without further notice.**

(PROPOSED) ORDER - 1   **NEWMAN DU WORS LLP**   1201 Third Avenue, Suite 1600
Seattle, Washington 98101
(206) 274-2800

// END OF ORDER//

Presented by:

**NEWMAN DU WORS LLP**

By: _____
Keith Scully, WSBA No. 28677
John Du Wors, WSBA No. 33987
1201 Third Avenue, Suite 1600
Seattle, Washington 98101

Attorneys for Creditor Boeing Employees Credit Union

(PROPOSED) ORDER - 2

**NEWMAN DU WORS LLP**

1201 Third Avenue, Suite 1600
Seattle, Washington 98101
(206) 274-2800

Case 14-16771-KAO    Doc 25    Filed 11/25/14    Ent. 11/25/14 22:04:06    Pg. 2 of 2