IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | IN CHAPTER 13 PROCEEDING<br>NO. 14-16771-KAO |
| JUSTIN SCOTT GUTHRIE, | |
| Debtor(s). | ORDER DENYING CONFIRMATION<br>AND CONTINUING TRUSTEE'S<br>MOTION TO DISMISS |

THIS MATTER came before the Court on the Chapter 13 Trustee's objection to confirmation (ECF No. 19), the objection to confirmation filed by Boeing Employees Credit Union (ECF No. 23), and the Trustee's Motion to Dismiss (ECF No. 18). For the reasons stated by the Court at the December 10, 2014 hearing, it is

ORDERED that:

1) Confirmation of debtor's plan (ECF No. 16) is denied;

2) The debtor shall file a feasible amended plan by December 26, 2014 and the debtor shall note that amended plan for hearing on the Court's January 28, 2015 Chapter 13 motion calendar; and

3) The Trustee's Motion to Dismiss is continued to January, 28, 2015.

/ / /End of Order/ / /

ORDER DENYING CONFIRMATION
AND CONTINUING TRUSTEE'S
MOTION TO DISMISS - 1

Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124 FAX 624-5282

Case 14-16771-KAO    Doc 34    Filed 12/10/14    Ent. 12/10/14 15:23:01    Pg. 1 of 2

1
2
Presented by:
3
*/s/ K. Michael Fitzgerald*
4 K. MICHAEL FITZGERALD, WSBA #8115
Chapter 13 Trustee
5 600 University St. #2200
Seattle, WA 98101-4100
6 (206) 624-5124

ORDER DENYING CONFIRMATION
AND CONTINUING TRUSTEE'S
MOTION TO DISMISS - 1

Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124 FAX 624-5282