# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON (SEATTLE)

In re:                                          )    Case No.   14-16771
                                                 )

**JUSTIN SCOTT GUTHRIE,**                        )    Chapter    13
                                                 )

      Debtor.                                   )    Judge:      Karen A. Overstreet
                                                 )

                                               )    **NOTICE OF APPEARANCE AND**
                                               )    **REQUEST FOR NOTICE**
                                               )
                                               )
                                               )
                                               )

       Now comes USAA Federal Savings Bank, a party in interest in the above styled action, pursuant to Federal Rule of Bankruptcy Procedure 2002(g), and requests that all notices required to be mailed or served in this case be directed to:

      Daniel Ross
      Weinstein, Pinson & Riley, P.S.
      2001 Western Avenue, Suite 400
      Seattle, WA 98121

       Further, pursuant to Federal Rule of Bankruptcy Procedure 9010(b), Daniel Ross hereby enters Notice of Appearance in this matter on behalf of USAA Federal Savings Bank.


Dated: December 20, 2014

                                                 /s/ Daniel Ross
                                                 Daniel Ross (WA State Bar No. 37242)
                                                 Weinstein, Pinson & Riley, P.S.
                                                 Attorney for USAA Federal Savings Bank
                                                 2001 Western Avenue, Suite 400
                                                 Seattle, WA 98121
                                                 Phone: (206) 269-3490
                                                 Fax: (206) 269-3493
                                                 Email: DanielR@W-Legal.com

1

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury pursuant to 28 U.S.C. Sec. 1746, that a true and correct copy of the Notice of Appearance and Request for Notice was served on the following parties by electronic service via the Court's ECF filing system or by first-class mail on December 20, 2014:

Trustee via E-Filing
**K. Michael Fitzgerald**
600 University St #2200
Seattle, WA 98101

Debtor's Counsel via E-Filing
**Martin E. Snodgrass**
3302 Oakes Ave
Everett, WA 98201

U.S. Trustee via E-Filing
**United States Trustee**
700 Stewart St Ste 5103
Seattle, WA 98101

Debtor via First Class Mail
**Justin Scott Guthrie**
20601 76th Ave SE
Snohomish, WA 98296-5169

Parties Requesting Notice by First Class Mail
Security National Mortgage Company
c/o RCO Legal, P.S.
**Jennifer L. Aspaas**
13555 SE 36th St, Suite 300
Bellevue, WA

Boeing Employees Credit Union
**c/o Keith P. Scully**
c/o Newman Du Wors LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101-3064

/s/ Daniel Ross
Daniel Ross