MARTIN E. SNODGRASS
3302 OAKES AVENUE
EVERETT WA 98210
Tel.: Everett,(425)783-0797
Bellevue, (206) 624-8330
Fax: (425)783-0238
email: msnodgrass@snodgrasslaw.com

The Hon: KAREN A. OVERSTREET
Hng Date and time: EX PARTE
Response Date:

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:  ) Bk No.: 14-16771 KAO
JUSTIN S. GUTHRIE  ) Chapter: 13
  )
Debtor/s  ) EX-PARTE MOTION TO CONVERT CASE
  ) TO CHAPTER 11

COME NOW the Debtor/s through Attorney Martin E. Snodgrass, and requests this Court convert this case to one under Chapter 11, without further notice or hearing.

The Court entered an Order in this case on December 18, 2014 ordering the Debtor to convert the case to one under Chapter 11 within 10 days or the case could be dismissed. Counsel presumes that the Court's Order, in effect, directed entry of a conversion Order without further notice and hearing and this Motion is filed to comply with that Order.

A conversion Order is submitted herewith.

Respectfully submitted:
SNODGRASS & WARREN, INC., P.S.
By: /s/Martin E. Snodgrass
    MARTIN E. SNODGRASS, WSBA NO. 6961
    ATTORNEYS FOR DEBTOR

---

MOTION TO CONVERT CASE TO CHAPTER 11.

**Snodgrass & Warren, Inc. PS**
**3302 Oakes Ave., Everett, WA 98201**
p: 206-624 8330; f: 425-454-5248 (Seattle)
p: 425-783-0797; f: 425-783-0238 (Everett)