UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:  ) Bk No.: 14-16771
JUSTIN S. GUTHRIE ) Chapter: 13
 )
Debtor/s ) EX PARTE ORDER CONVERTING CASE
_____ ) TO CHAPTER 11

    Upon the application of counsel for the Debtor, the Court finding good cause for entry of this Order,

IT IS ORDERED that the case is hereby converted to one under chapter 11.

////END OF ORDER////

Respectfully submitted:
SNODGRASS & WARREN, INC., P.S.
By: /s/Martin E. Snodgrass
   MARTIN E. SNODGRASS, WSBA NO. 6961
   ATTORNEYS FOR DEBTOR

| ORDER CONVERTING CASE TO CHAPTER 11 | **Snodgrass & Warren, Inc. PS**<br>**3302 Oakes Ave., Everett, WA 98201**<br>**p: 206-624 8330; f: 425-454-5248 (Seattle)**<br>**p: 425-783-0797; f: 425-783-0238 (Everett)** |
|---|---|