Entered on Docket December 29, 2014

**Below is the Order of the Court.**

_____
Karen A. Overstreet
U.S. Bankruptcy Judge
**(Dated as of Entered on Docket date above)**

_____

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br>JUSTIN S. GUTHRIE<br><br>Debtor/s | Bk No.: 14-16771<br>Chapter: 13<br><br>EX PARTE ORDER CONVERTING CASE<br>TO CHAPTER 11 |

Upon the application of counsel for the Debtor, the Court finding good cause for entry of this Order,

IT IS ORDERED that the case is hereby converted to one under chapter 11.

////END OF ORDER////

Respectfully submitted:
SNODGRASS & WARREN, INC., P.S.
By: /s/Martin E. Snodgrass
   MARTIN E. SNODGRASS, WSBA NO. 6961
   ATTORNEYS FOR DEBTOR

| ORDER CONVERTING CASE TO CHAPTER 11 | **Snodgrass & Warren, Inc. PS**<br>**3302 Oakes Ave., Everett, WA 98201**<br>**p: 206-624 8330; f: 425-454-5248 (Seattle)**<br>**p: 425-783-0797; f: 425-783-0238 (Everett)** |
|---|---|