Judge Karen A. Overstreet<br>
Chapter 11

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>JUSTIN SCOTT GUTHRIE,<br><br>                Debtor. | Case No. 14-16771-KAO<br><br>NOTICE OF APPEARANCE |

TO:    DEBTOR; and

TO:    CLERK OF THE COURT

      PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010(b), Thomas A. Buford III hereby enters his appearance on behalf of the United States Trustee for Region 18.

      PLEASE TAKE FURTHER NOTICE that the United States Trustee hereby requests that copies of any documents, except proofs of claim, be served on:

> Thomas A. Buford III
> Assistant United States Trustee
> United States Courthouse
> 700 Stewart Street, Suite 5103
> Seattle, WA 98101-1271

Dated: December 30, 2014

                                      Respectfully submitted,

                                      GAIL BREHM GEIGER
                                      Acting U.S. Trustee for Region 18

                                      /s/ Thomas A. Buford III
                                      THOMAS A. BUFORD III, Missouri Bar #56460
                                      Assistant United States Trustee

NOTICE OF APPEARANCE, PAGE 1

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

Case 14-16771-KAO   Doc 43   Filed 12/30/14   Ent. 12/30/14 12:10:06   Pg. 1 of 1